**Order entered August 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01446-CR
## No. 05-17-01448-CR

**RODNEY DEWAYNE DUFFEY, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F09-35306-U, F13-35623-U

## ORDER

Based on the Court's opinion of this date, we **GRANT** the April 6, 2018 motion of Sharita Blacknall for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Sharita Blacknall as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Rodney Dewayne Duffey, TDCJ No. 02121936, Dominguez Unit, 6535 Cagnon Road, San Antonio, Texas, 78252-2282.

/s/    CRAIG STODDART
        JUSTICE